RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  1/19/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0297-02 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| LUIS MIGUEL VILLA | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Luis Miguel Villa, and adjudges him guilty of the offense charged in Count Two of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Luis Miguel Villa's agreement to abandon his interest in any firearm and ammunition seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in chambers, this 19 day of January 2011 ~~2010~~ in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE